Hubert Kuo SBN 204036
Jeffrey T. Gwynn SBN 180548
ARDENT LAW GROUP
2301 DuPont Drive Ste. 510
Irvine CA 92612
T: 949-863-9782
F: 949-863-9783
Email: hkuo@ardentlawgroup.com
Email: jgwynn@ardentlawgroup.com

Attorneys for Plaintiff HYDE MORGAN DEVELOPMENT LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYDE MORGAN DEVELOPMENT LLC, a Delaware Limited Liability Company;<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY DEMASI, an individual; GOLDMAN LEGAL ADVISERS, LLC, a Michigan Limited Liability Company, HOYA CAPITAL MANAGEMENT, LLC, a Michigan Limited Liability Company, and DOES 1-10.<br><br>Defendants. | Case No.<br>Assigned for all purposes to:<br>Judge:<br>Dept.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, FRAUD, CONVERSION, BREACH OF FIDUCIARY DUTY, AND ACCOUNTING** |

Plaintiff HYDE MORGAN DEVELOPMENT LLC, a Delaware Limited Liability Company ("HYDE"), in its individual capacity ("Plaintiff"), alleges as follows:

## JURISDICTION AND VENUE

1. This action is brought under the diversity jurisdiction of this Court, pursuant to 28 U.S.C. §1332(a)(2). The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the action is between citizens and entities of different states. Plaintiff is a company established in the State of

1
COMPLAINT FOR BREACH OF CONTRACT, FRAUD, CONVERSION, BREACH OF FIDUCIARY DUTY AND ACCOUNTING

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

1 Delaware with its principal place of business in California. Defendants are citizens or entities of Illinois and Michigan.

2. Venue is proper in this Court, pursuant to 28 U.S.C. §1391(a), because it is the judicial district in which HYDE was constructing a project in Coachella Valley and is the judicial district where Hyde Morgan Development has its principal place of business. HYDE is subject to the Court's personal jurisdiction with respect to such action, and/or in which a substantial portion of the events or omissions giving rise to the claim occurred.

## PARTIES

3. HYDE MORGAN DEVELOPMENT LLC, is and at all relevant times was, a Delaware Limited Liability Company, with its principal place of business located in Arcadia California.

4. On information and belief, Defendant GOLDMAN LEGAL ADVISERS, LLC ("GOLDMAN") was a limited liability company organized under the laws of the State of Michigan and Illinois, with its principal place of business in Clare, Michigan.

5. On information and belief, Defendant ANTHONY DEMASI ("DEMASI") is, at the time of filing this action, a resident of Michigan.

6. On information and belief, Defendant HOYA CAPITAL MANAGEMENT, LLC ("HOYA") was a limited liability company organized under the laws of the State of Michigan, with its principal place of business in Mt. Pleasant, Michigan.

7. On information and belief, there exists, and at all times herein mentioned there existed, a unity of interest and ownership between Defendant DEMASI and Defendants HOYA and GOLDMAN, and Does 1 through 10, inclusive, such that any individuality and separateness between DEMASI, HOYA

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

2
COMPLAINT FOR BREACH OF CONTRACT, FRAUD, CONVERSION, BREACH OF FIDUCIARY DUTY AND ACCOUNTING

and GOLDMAN and Does 1 through 10, inclusive, have ceased to exist, and Defendant DEMASI is the alter ego of Defendant GOLDMAN and HOYA in that GOLDMAN and HOYA are, and at all times herein mentioned were mere shells, instrumentalities and conduits through which Defendant DEMASI carried on his business and were so inadequately capitalized that, compared with the business to be done by HOYA and GOLDMAN and the risks of loss, their capitalization was illusory. DEMASI completely controlled, dominated, managed, and operated GOLDMAN and HOYA and intermingled the assets of each to suit the convenience of DEMASI and to evade payment of the obligations owed to creditors of GOLDMAN and HOYA.

8. Adherence to the fiction of the separate existence of Defendants GOLDMAN, HOYA and DEMASI and Does 1 through 10, inclusive, would permit an abuse of the corporate privilege and would sanction fraud and promote injustice in that DEMASI has perpetrated fraudulent acts in the names of GOLDMAN and HOYA and never taken the steps to maintain the corporate standing of GOLDMAN and HOYA.

9. The true names and capacities, whether individual, corporate, or otherwise, of Defendants DOES 1 through 10, inclusive, are unknown to Plaintiff at this time, and therefore, Plaintiff sues said Defendants by such fictitious names. Plaintiff is informed and believe, and thereon allege, that each of the Defendants designated herein as a fictitiously named Defendant is, in some manner, responsible for the events and happenings referred to herein, either contractually or tortiously. Plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

10. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned each of the Defendants sued herein was the partner, agent and/or

3
COMPLAINT FOR BREACH OF CONTRACT, FRAUD, CONVERSION, BREACH OF FIDUCIARY DUTY AND ACCOUNTING

employee of each of the remaining Defendants, and was at all times acting within the purpose and scope of such partnership, agency and employment.

## FACTS COMMON TO ALL CLAIMS

11. HYDE is a real estate developer. During all times relevant to this lawsuit, HYDE was developing a real estate project in the city of Coachella. HYDE was catering to foreign purchasers who were interested in purchasing real estate through HYDE's real estate projects. The foreign purchasers were funding units developed by HYDE. The development monies were funded by these purchasers through an escrow. Anthony Demasi was introduced to HYDE's manager, Ruixue Shi ("Shi"), by HYDE's consultant James Clark as a licensed Michigan attorney. In order to convince Shi to retain his services, Demasi fabricated a certificate of good standing allegedly issued from the State Bar of Michigan. Demasi was a former licensed attorney from Illinois but was disbarred for his role in setting up a Ponzi Scheme that defrauded investors. Demasi was a convicted felon of a federal crime for the Ponzi Scheme. After his felony background was discovered by HYDE, Demasi denied being the convicted felon. Clark vouched for Demasi and claimed that he had an attorney "vet" Demasi and found him to be reliable. Clark recommended Demasi to serve as an "escrow agent" for HYDE. In this regard, Demasi would be responsible for receiving international wires from the purchasers and then transferring the funds to HYDE for the development of the real estate projects.

12. While most of the funds were properly transferred, Demasi failed to account for $293,065.

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

## FIRST CLAIM FOR BREACH OF CONTRACT
### (Against DEMASI AND GOLDMAN)

13. Plaintiff realleges each of the allegations set forth above in Paragraphs 1-12, inclusive, as though set forth in full.

14. On or about December 28, 2015, Demasi and Goldman Legal Advisers on the one hand and HYDE on the other hand agreed in writing for Demasi and GOLDMAN to serve as the escrow agent. Attached hereto as Exhibit A is a true and correct copy of the agreement. The agreement is incorporated herein in its entirety by reference. Demasi was to be paid $40 per escrow with a minimum of $7000 to be paid.

15. HYDE performed all conditions, covenants and promises required to be performed on its part in accordance with the terms of the agreement. Specifically, HYDE paid Demasi the agreed sum of $40 per escrow. Investors sent Demasi $4,734,309 while Demasi only paid Hyde $4,441,243 leaving a balance of $293,065.

16. Defendants have failed and refused, and continue to fail and refuse, to properly transfer all monies and have failed to account for $293,065.

17. HYDE was damaged by reason of Defendants' breach of the Escrow Agreement. HYDE was never paid the full amount of monies funded by the investors and never received a full accounting of the transfers. In addition, DEFENDANTS never provided the $293,065 balance.

## SECOND CLAIM FOR FRAUD
### (Against DEMASI AND GOLDMAN )

18. Plaintiff realleges each of the allegations set forth above in Paragraphs 1-17, inclusive, as though set forth in full.

19. The representations made by the Defendants to HYDE were false, and

5
COMPLAINT FOR BREACH OF CONTRACT, FRAUD, CONVERSION, BREACH OF FIDUCIARY DUTY AND ACCOUNTING

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

were made with knowledge of their falsity or with reckless disregard of their truth. Defendants falsely represented that DEMASI was an attorney and DEMASI provided a false certificate of good standing. Further, DEMASI failed to divulge that he was convicted felon of financial crimes and denied it when discovered.

20. Defendants falsely represented that they would handle the escrows in a professional trustworthy and honest fashion. They had no intention of performing these obligations when they made the promises, namely the promises to forward all monies received and account for all monies and debits.

21. Defendants intended to deceive HYDE when they made the misrepresentations and false promises and provided fraudulent documents.

22. Defendants intended that HYDE rely on their misrepresentations, false promises and fraudulent documents.

23. HYDE reasonably relied on those misrepresentations, false promises and fraudulent documents.

24. HYDE was harmed by reason of its reliance on Defendants' misrepresentations, false promises and fraudulent documents, which was the proximate cause of its harm.

25. Defendants acted with malice, oppression or fraudulent intent in making the false representations, providing fraudulent documents and making promises without intent to perform. Because Defendants are guilty of oppression, fraud and/or malice, Plaintiff is entitled to recover, in addition to its actual damages, exemplary or punitive damages.

### THIRD CLAIM FOR CONVERSION
### (Against All Defendants)

26. Plaintiff realleges each of the allegations set forth above in Paragraphs 1-25, inclusive, as though set forth in full.

27. Defendants willfully interfered with HYDE's rights to its personal property. Defendants willfully interfered through a fraudulent scheme involving the operation of an escrow by failing to transfer all monies from the investors to HYDE.

28. Defendants' intentional and deceitful acts enabled them to hide and convert $293,065.

29. Defendants' unauthorized transfer of these monies to themselves caused substantial damages to plaintiff.

WHEREFORE Plaintiff prays for judgment against DEMASI, GOLDMAN, HOYA and DOES 1 through 10, inclusive, as follows:

On the First Cause of Action for Breach of Contract:

1. For money damages consisting of lost interest and return of investments in the sum of $293,065.

2. For prejudgment interest at the legal rate;

3. For costs of suit.

On the Second Cause of Action for Fraud:

4. For recovery of all sums received by Defendants and not forwarded to plaintiff which is at least $293,065;

5. For all amounts that HYDE reasonably spent in reliance on Defendants' false representations, submission of fraudulent documents and false promises;

7. For punitive damages; and

On the Third Cause of Action for Conversion:

8. For recovery of all sums received by Defendants and not forwarded to plaintiff which is at least $293,065;

7

COMPLAINT FOR BREACH OF CONTRACT, FRAUD, CONVERSION, BREACH OF FIDUCIARY DUTY AND ACCOUNTING

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

1  9. For punitive damages;

2  10. For such other and further relief as the Court may deem just and proper.

Dated: OCTOBER 20, 2016

Respectfully Submitted,

ARDENT LAW GROUP, P.C.

By: /s/ Hubert H. Kuo
Hubert H. Kuo
Attorneys for Plaintiff HYDE MORGAN DEVELOPMENT, LLC,

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783