Hubert Kuo SBN 204036
Jeffrey T. Gwynn SBN 180548
ARDENT LAW GROUP
2301 DuPont Drive Ste. 510
Irvine CA 92612
T: 949-863-9782
F: 949-863-9783
Email: hkuo@ardentlawgroup.com
Email: jgwynn@ardentlawgroup.com

Attorneys for Plaintiff HYDE MORGAN DEVELOPMENT LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HYDE MORGAN DEVELOPMENT LLC, a Delaware Limited Liability Company;<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY DEMASI, an individual; GOLDMAN LEGAL ADVISERS, LLC, a Michigan Limited Liability Company, HOYA CAPITAL MANAGEMENT, LLC, a Michigan Limited Liability Company, and DOES 1-10.<br><br>Defendants. | Case No. CV16-07931-ODW-AJW<br><br>Judge: Otis D. Wright II<br>Courtroom 5D<br><br>**DECLARATION OF JEFFREY T. GWYNN RE ORDER TO SHOW CAUSE** |

To the Defendants and to Honorable Otis D. Wright II, Judge for the United States District Court for the Central District of California:

PLAINTIFF HYDE MORGAN DEVELOPMENT LLC, submits the following declaration of Jeffrey T. Gwynn, Esq. in response to the Order to Show Cause issued on March 24, 2017.

///
///
///

1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3).**

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

## DECLARATION OF JEFFREY T. GWYNN

I, Jeffrey T. Gwynn, declare as follows:

1. I am an attorney at law licensed to practice in all courts of the state of California and am admitted to practice in the USDC Central District of California. The following is based on my personal knowledge and if called up to testify I could and would testify competently thereto.

2. Twice plaintiff and the defendants entered in to a stipulation to permit the defendants additional time to file a responsive pleading while the parties attempt settlement. The parties have in fact reached terms of a settlement. Plaintiff in fact prepared a comprehensive release and settlement agreement. Defendants made substantial revisions of the agreement which plaintiff and counsel are currently considering. The parties may not have the final version completed by March 31, 2017.

3. Plaintiff requests additional time of approximately 15 days to conclude the settlement and seek dismissal. In the event settlement is not concluded, in the alternative, plaintiff will file an application for entry of default.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2017 in Irvine, California

_____
Jeffrey T. Gwynn

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

2
**STIPULATION TO EXTEND TIMETO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3).**

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Ardent Law Group, P.C., 2301 Dupont Dr., Suite 510, Irvine, CA 92612.

On March 30, 2017, I served the foregoing document described as follows:
**DECLARATION OF JEFFREY T. GWYNN RE ORDER TO SHOW CAUSE**

(X)   BY USPS FIRST CLASS MAIL

MORGENTHALER LAW GROUP, INC.
Attn: Alisa M. Morgenthaler, Esq.
11620 Wilshire Blvd., 9th Floor
Los Angeles, CA 90025

(--) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 30, 2017

_Vickie Boswell_          _/s/ Vickie Boswell_
Print Name                Signature

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783