Hubert Kuo (SBN 204036)
Jeffrey T. Gwynn (SBN 180548)
ARDENT LAW GROUP
2301 DuPont Drive Ste. 510
Irvine CA 92612
T: 949-863-9782
F: 949-863-9783
Email: hkuo@ardentlawgroup.com
Email: jgwynn@ardentlawgroup.com

Attorneys for Plaintiff HYDE MORGAN DEVELOPMENT LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HYDE MORGAN DEVELOPMENT LLC, a Delaware Limited Liability Company;<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY DEMASI, an individual; GOLDMAN LEGAL ADVISERS, LLC, a Michigan Limited Liability Company, HOYA CAPITAL MANAGEMENT, LLC, a Michigan Limited Liability Company, and DOES 1-10.<br><br>Defendants. | Case No. CV16-07931-ODW-AJW<br><br>Assigned for all purposes to:<br>Judge: Otis D. Wright, II<br><br>**NOTICE OF MOTION AND MOTION TO REOPEN CASE**<br><br>DATE: June 5, 2017<br>TIME: 10:00 A.M.<br>COURTROOM: 350 W. First Street<br>            Los Angeles, CA 90012<br>            Dept 5D |

To the Defendants and to Honorable Otis D. Wright II, Judge for the United States District Court for the Central District of California:

PLEASE TAKE NOTICE THAT PLAINTIFF, HYDE MORGAN DEVELOPMENT LLC ON June 5, 2017, at 1:30 P.M., or as soon thereafter as the matter may be heard in Department 5D of the above entitled court located at 350 First Street, Los Angeles, CA 90012, will and hereby does move to reopen the above captioned case.

1
**NOTICE OF MOTION AND MOTION TO REOPEN CASE**

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REOPEN

On or about October 25, 2016 plaintiff filed the instant complaint and a summons was issued. Parties were served and an appropriate Proof of Service was filed on November 11, 2016. On November 22, 2016 the parties submitted a stipulation to provide them an opportunity to settle without further litigation. The court entered an order providing an extension of time to February 17, 2017. The parties made progress but required another stipulation which the court granted extending the time to answer to March 17, 2017. The parties reached a settlement but were unable to reduce the agreement to writing. The settlement is complicated by the terms of the consideration which is based entirely on non-monetary consideration. In fact, the consideration is cooperation by defendants in investigating the loss which is the subject of this litigation. Defendants failed to respond to the March 17, 2017 deadline. Plaintiffs were trying to get the settlement agreement worked out and did not file an entry of default as that would have resulted in a failure of the settlement agreement. The court set an OSC for failure to prosecute. Counsel for plaintiffs filed a declaration on or about March 31, 2017 explaining the request for additional time.

By minute order on March 31, 2017, this court dismissed the case but permitted any party to apply to reopen before May 1, 2017. If the motion to reopen was not filed the matter would be dismissed with prejudice. The parties have in fact reached a full settlement. The term of which requires that this matter be dismissed without prejudice. As indicated above, the non-monetary consideration includes certain terms of cooperation which must be met. If the terms are not met, plaintiff has reserved the right to re-file a complaint.

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

2
NOTICE OF MOTION AND MOTION TO REOPEN CASE

## RELIEF REQUESTED

WHEREFORE, PLAINTIFF requests that this Court

1. Find this motion timely and that good cause exists to reopen Case CV16-07931-ODW-AJW
2. Order Case No.: CV16-07931-ODW-AJW reopened; and
3. Enter any other order this Court deems just and necessary
4. Or Alternatively, dismiss the case without prejudice.

Dated: April 28, 2017           ARDENT LAW GROUP, P.C.

By: */s/ Jeffrey Gwynn*
Hubert H. Kuo
Jeffrey T. Gwynn
Attorneys for Plaintiff Hyde Morgan Development LLC, a Delaware Limited Liability Company

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

3

**NOTICE OF MOTION AND MOTION TO REOPEN CASE**

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

# DECLARATION OF JEFFREY T. GWYNN

I, Jeffrey T. Gwynn, declare as follows:

1. I am an attorney at law licensed to practice in all courts of the State of California and am admitted to practice in the USDC Central District of California. The following is based on my personal knowledge and if called up to testify I could and would testify competently thereto.

2. On or about October 25, 2016 plaintiff filed the instant complaint and a summons was issued. The defendants were served and an appropriate Proof of Service was filed on November 11, 2016. On November 2, 2016 the parties submitted a stipulation to provide them an opportunity to settle without further litigation. The court entered an order providing an extension of time to February 17, 2017. The parties made progress but required another stipulation which the court granted extending the time to answer to March 17, 2017. The parties reached a settlement but were unable to reduce the agreement to writing. The settlement is complicated by the terms of the consideration which is based entirely on non-monetary consideration. In fact, the consideration is cooperation by defendants in investigating the loss which is the subject of this litigation. Defendants failed to respond to the March 17, 2017 deadline. Plaintiffs were trying to get the settlement agreement worked out and did not file an entry of default as that would have resulted in a failure of the settlement agreement. The court set an OSC for failure to prosecute. I filed a declaration on or about March 31, 2017 explaining the request for additional time.

3. By minute order on March 31, 2017, this court dismissed the case but permitted any party to apply to reopen before May 1, 2017. If the motion to reopen was not filed the matter would be dismissed with prejudice. The parties have in fact reached a full settlement. The term of which require that this matter be dismissed without prejudice. As indicated above, the non-monetary consideration includes certain terms of cooperation which must be met. If they terms are not

1
**NOTICE OF MOTION AND MOTION TO REOPEN CASE**

met, plaintiff has reserved the right to re-file a complaint. Therefore, plaintiff needs for the matter to be dismissed without prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April 2017 in Irvine, California

_____
Jeffrey T. Gwynn

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

2
**NOTICE OF MOTION AND MOTION TO REOPEN CASE**